W. R. SIEN et al., Appellants, v. FIRE-
STONE TIRE & RUBBER COM-
PANY, Appellee.

No. 10202.

Court of Civil Appeals of Texas. San
Antonio.

Dec. 15, 1937.

Jan. 12, 1938.

Lewis & Russell and Grover C. Morris,
all of San Antonio, for appellants.

Bonham & Weller, of San Antonio, for
appellee.

SMITH, Chief Justice.

• Affirmed without written opinion (Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294) upon the authority of 38 Tex.Jur. p. 273, § 107; Kirbs v. Provine, 78 Tex. 353, 14 S.W. 849; Ullmann, etc., v. Rogers, Tex. Civ.App., 288 S.W. 1109; Hume v. S. Netter, A. Geismar & Co., Tex.Civ.App., writ refused, 72 S.W. 865; Wilson v. Manning, Tex.Civ.App., 35 S.W. 1079.